**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

HSBC Bank USA, NA as Trustee for the registered
holders of First NLC Trust 2007-1 Mortgage-
Backed Certificates, Series 2007-1                    CASE NUMBER: 1:11-cv-2562

               PLAINTIFF

            VS.                    DISTRICT JUDGE: Ruben Castillo

Derrick Seaton, Sherry Seaton,                    MAGISTRATE JUDGE: Maria Valdez
            DEFENDANT(S).


## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

      Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

      Dated: July 26, 2011

                       Respectfully submitted,

                       __/s/ James N. Pappas_____
                       One of Plaintiff's Attorneys


James N. Pappas  # 6291873
Burke Costanza & Cuppy LLP
Attorneys for Plaintiff
222 South Riverside Plaza # 2943
Chicago, IL 60606
(219) 769-1313